164 So. 910

William GRAY, Jr., etc., v. J. H. WIL-
LIAMS, Supt. of Banks, etc.

5 Div. 216.

Supreme Court of Alabama.

Dec. 5, 1935.

Sam W. Oliver, of Dadeville, for appel-
lant.

J. Sanford Mullins, of Alexander City,
and Albert Hooton, of Dadeville, for ap-
pellee.

PER CURIAM.

Appeal dismissed.

163 So. 903

John T. GRIMES v. Elizabeth GRIMES.

8 Div. 830.

Supreme Court of Alabama.

Nov. 5, 1935.

PER CURIAM.

Appeal dismissed by appellant.

164 So. 910

Myrtle E. GURLEY v. BIRMINGHAM
ELECTRIC CO.

6 Div. 667.

Supreme Court of Alabama.

Dec. 4, 1935.

John W. Altman, of Birmingham, John
A. Altman, of York, and Francis Hare, of
Birmingham, for appellant.

Lange, Simpson & Brantley, of Birming-
ham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

164 So. 910

Johnnie HAYES v. STATE.

6 Div. 769.

Supreme Court of Alabama.

Dec. 12, 1935.

R. M. Montgomery, of Birmingham, for
appellant.

A. A. Carmichael, Atty. Gen., for the
State.

GARDNER, Justice.

The appeal is from a judgment of con-
viction of murder in the first degree, with
the infliction of the death penalty.

The evidence for the state tends to es-
tablish the offense charged, and defendant
relied upon the doctrine of self-defense
and offered proof in its support.

None of the few questions presented is
here argued, but mindful of our duty in
cases of this character, the record has
been carefully read and the same duly con-
sidered in consultation. Suffice it to say
we find no error to reverse and no question
presented worthy of discussion.

Let the judgment stand affirmed.

Affirmed.

All the Justices concur, except ANDER-
SON, C. J., not sitting.

164 So. 911

Wm. H. HOLCOMBE, Jr., v. George E.
STONE et al.

1 Div. 873.

Supreme Court of Alabama.

Nov. 21, 1935.

PER CURIAM.

Appeal dismissed by appellant.